In the Matter of ABRAHAM TAUBER, Appellant, against BOARD OF EXAMINERS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.— Proceeding under article 78 of the Civil Practice Act for an order requiring the respondents to certify appellant as a first assistant in speech, to require them

to proceed with an examination for a first assistant in academic subjects in the high schools of the City of New York, and to annul determinations of respondents that appellant's record was " unsatisfactory " in respect of one of these positions and " insufficiently meritorious " in respect of the other. Order denying appellant's application unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Sneed, JJ.